**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re   Christina Garcia, | ) |
| Debtor(s) | ) Case No. 21 B 13179 |
| | ) Chapter 13 |
| | ) Judge Janet S. Baer |

### NOTICE OF MOTION

To:   Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532, via electronic court notification;

Jaime Dowell, City of Chicago, 121 N. LaSalle St., Ste. 400, Chicago, IL 60602, representing City Of Chicago;

See attached service list;

PLEASE TAKE NOTICE that on December 22, 2023, at 9:30 a.m., I will appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, either in courtroom 615 of the United States Bankruptcy Court, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion to obtain credit and incur debt, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## **PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 11101 S Western Ave, Chicago, IL 60643, on December 5, 2023, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ *Michael Spangler*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
(312) 256-8704 Direct
(312) 680-1650 Fax
MSpangler@SemradLaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-13179<br>Northern District of Illinois<br>Eastern Division<br>Tue Dec  5 09:58:53 CST 2023 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| At&T (Cable/Cellular)<br>3840 147th<br>Midlothian, IL 60445-3452 | Avant Llc/Web Bank<br>222 N. Lasalle, Suite 17<br>Chicago, IL 60601-1101 | Barclays Bank Delaware<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| Cap One Auto<br>3939 Beltline Rd<br>Dallas, TX 75244 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | Comenitybank/Victoria<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Creditors Pr<br>206 W State St<br>Rockford, IL 61101 | Dpt Ed/Navi<br>c/o Jo-Tina Crockett<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| First Premier Bank<br>PO Box 7999<br>c/o Stephen Dirksen<br>Saint Cloud, MN 56302-7999 | Great American Finance<br>11380 Prosperity Farms Rd Ste 221<br>Palm Bch Gdns, FL 33410-3465 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding Llc<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MISSIONLNTAB<br>PO BOX 105286 SW # 1340<br>ATLANTA, GA 30348-5286 |
| Medical Payment Data<br>2525 N. Shadeland<br>Indianapolis, IN 46219-1787 | Merrick Bank Corp<br>PO Box 10368<br>c/o Susan Gaines<br>Greenville, SC 29603-0368 | Navient Solutions, LLC. on behalf of<br>Dept of Ed Loan Services<br>PO BOX 9635<br>Wilkes-Barre PA 18773-9635 |
| (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | Portfolio Recov Assoc<br>POB 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Source Receivables Mng<br>4615 Dundas Dr Ste 102<br>Greensboro, NC 27407-1761 |

| | | |
|---|---|---|
| Syncb/Amazon<br>P.O. Box 965013<br>Orlando, FL 32896-5013 | TD Bank USA, N.A<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/Targetcred<br>PO Box 660170<br>Dallas, TX 75266-0170 |
| Christina Garcia<br>4732 Sailboat Bay<br>Unit 2B<br>Lisle, IL 60532-1475 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Michael Spangler<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 |
| Patrick Semrad<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Shamus M Boyd<br>Semrad Law Frim<br>20 S Clark St<br>Ste 28<br>Chicago, IL 60603-1811 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>PO Box 85520<br>Richmond, VA 23285 | City Of Chicago Parking<br>121 N. Lasalle St # 107a<br>Chicago, IL 60602 | (d)City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N Lasalle St. Suite 400<br>Chicago IL.60602 |
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 | Portfolio Recovery Associates, LLC<br>c/o BARCLAYS BANK DELAWARE<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Barclays Bank Delaware<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Old Navy<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o ZALES<br>POB 41067<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)City Of Chicago | (d)Capital One Auto Finance, a division of Ca<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re   Christina Garcia, | ) | |
| Debtor(s) | ) | Case No. 21 B 13179 |
| | ) | Chapter 13 |
| | ) | Judge Janet S. Baer |

**MOTION TO OBTAIN CREDIT/ INCUR DEBT AND SHORTEN NOTICE**

NOW COMES the Debtor, Christina Garcia, by and through Debtors' counsel, The Semrad Law Firm, LLC, and moves this Honorable Court for the entry of an Order authorizing the Debtor to incur additional debt to purchase a home. In support thereof, the Debtor states as follows:

1. Debtor respectfully requests this Motion to be hard on shortened notice because the property is to be sold by the end of 2023.

2. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on November 18, 2021.

3. That this Honorable Court confirmed Debtor's Chapter 13 Plan on January 21, 2022.

4. Debtor wishes to purchase a new home.

5. Debtor wishes to obtain a mortgage for a property commonly known as 160 Mediterranean Court, Poinciana, FL 34758 for purchase price of $339,900.00. The loan amount is $333,743.00, with an interest rate of 6.75% and a monthly payment of $2,768.00 for 30 years. Please see attached Exhibit A for the Real Estate Contract. Please see attached Exhibit B for Loan Estimate.

6. The Debtor is able to continue making payments to the Chapter 13 Trustee along with the new monthly mortgage payment.

7. Debtor respectfully requests this Honorable Court enter an Order permitting the Debtor to obtain credit / incur debt for the purchase of a home.

Debtor prays this Honorable Court for the following relief:

A. This Honorable Court enter an order permitting the Debtor to incur debt in the amount of $333,743.00, with an interest rate of 6.75% and a monthly payment of $2,768.00 for 30 years; and

B. This Honorable Court Order any further relief as the Court may deem fair and proper.

Respectfully submitted,

/s/ *Michael Spangler*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
(312) 256-8704 Direct
(312) 680-1650 Fax
MSpangler@SemradLaw.com