EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-13179 |
|---|---|---|
| Christina Garcia | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING DEBTOR TO OBTAIN CREDIT/INCUR DEBT AND SHORTEN NOTICE**

THIS CAUSE COMING TO BE HEARD on the Motion of the Debtor to Obtain Credit / Incur Debt,

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to purchase the real estate property located at 160 Mediterranean Court, Poinciana, FL 34758, with a purchase price not to exceed $339,900.00, with the loan amount not to exceed $333,743.00 at a fixed interest rate of 6.75%. The total monthly mortgage payment is not to exceed $2,768.00 for the term of 30 years.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: December 22, 2023

**Prepared by:**

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
Office:773-432-9003